## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

HOLDER PAUL CROW                                                           PLAINTIFF

V.                                          CASE NO. 5:25-CV-5053

TRACEY ROBISON, Charge Nurse; and
TURN KEY HEALTH CLINICS, LLC                                       DEFENDANTS

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 38) filed in this case on April 8, 2026, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, **IT IS ORDERED** that Defendants Tracey Robison's and Turn Key Health Clinics, LLC's Motion for Summary Judgment (Doc. 27) is **GRANTED**, that Plaintiff Holder Paul Crow's Motion for Summary Judgment (Doc. 35) is **DENIED**, and that Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

The case is **CLOSED**, and judgment shall enter contemporaneously with this Order.

**IT IS SO ORDERED** on this 28th day of April, 2026.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE